UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESIGN BASICS, LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | JURY DEMANDED |
| | § | |
| WOOD'S EDGE BUILDERS, INC.; | § | |
| SHER-WAL., INC.; W. M. P. LTD.; THE | § | |
| MURRY COMPANIES / SHER-WAL, | § | |
| INC. JOINT VENTURE; MURRY | § | |
| COMMUNITIES, LTD. FORMERLY | § | |
| KNOWN AS THE MURRY | § | |
| COMPANIES; MURRY | § | |
| DEVELOPMENT CORPORATION; | § | |
| WM MURRY & SON INC.; MURRY | § | |
| MANAGEMENT CO.; WILLIAM E. | § | |
| MURRY; ROBERT B. SHERMAN; AND | § | |
| CHARLES H. WALTON | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Design Basics, LLC, Plaintiff, files this Complaint against Wood's Edge Builders, Inc.,

Sher-Wal., Inc., W. M. P. Ltd., The Murry Companies / Sher-wal, Inc. Joint Venture, Murry

Communities, Ltd. formerly known as The Murry Companies, Murry Development Corporation,

WM Murry & Son Inc., Murry Management Co., William E. Murry, Robert B. Sherman, and

Charles H. Walton, Defendants, and for its causes of action alleges the following:

### Parties

1.      Design Basics, LLC is a Nebraska Limited Liability Company.  Under Articles of

Merger executed on July 1, 2009, Design Basics, LLC is the successor by merger to Design

Basics, Inc., and as such is the owner of all assets (including copyrights, trade and service names,

trade and service marks, and all causes of action) that Design Basics, Inc. owned as of that date.

Design Basics, LLC and its predecessor (Design Basics, Inc.) will hereinafter be referred to as "Design Basics" or "Plaintiff".

2.     Defendant Wood's Edge Builders, Inc. is a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Lancaster, Pennsylvania.

3.     Defendant The Murry Companies / Sher-wal, Inc. Joint Venture is a fictitious name registered with the Pennsylvania Department of State and owned by Defendants Sher-Wal., Inc. and W. M. P. Ltd.

4.     Defendant Sher-Wal., Inc. is a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Lancaster, Pennsylvania.

5.     Defendant W. M. P. Ltd. is a limited company or limited partnership organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Lancaster, Pennsylvania.

6.     Defendant Murry Communities, Ltd. formerly known as The Murry Companies is a limited company or limited partnership organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Lancaster, Pennsylvania.

7.     Defendant Murry Development Corporation is a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Lancaster, Pennsylvania.

8.     Defendant WM Murry & Son Inc. is a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Lancaster, Pennsylvania.

9.     Defendant Murry Management Co. is a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Lancaster, Pennsylvania.

10.    Defendant William E. Murry is an individual residing in Lancaster, Pennsylvania. On information and belief, William E. Murry is an officer and shareholder/owner in Wood's Edge Builders, Inc., Murry Development Corporation, Murry Communities, Ltd., WM Murry & Son Inc., W. M. P. Ltd. and Murry Management Co. and, upon information and belief, has the right and ability to supervise the activities of each of these entities and a direct financial interest in them.

11.    Defendant Robert B. Sherman is an individual residing in Lancaster, Pennsylvania.  On information and belief, Robert B. Sherman is an officer and shareholder in Wood's Edge Builders, Inc. and SherWal., Inc. and, upon information and belief, has the right and ability to supervise the activities of each of these entities and a direct financial interest in them.

12.    Defendant Charles H. Walton is an individual residing in Lancaster, Pennsylvania. On information and belief, Charles H. Walton is an officer and shareholder in Wood's Edge Builders, Inc. and SherWal., Inc. and, upon information and belief, has the right and ability to supervise the activities of each of these entities and a direct financial interest in them.

## Jurisdiction and Venue

13.    This Court has subject matter jurisdiction of this case under 28 U.S.C. § 1338 because this action arises under federal copyright law, 17 U.S.C. § 101 et seq.

14.     Venue is proper in this District under 28 U.S.C. § 1400(a) because the Defendants may be found in this District.  Furthermore, or in the alternative, venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims at issue occurred in this District and the Defendants reside and do business in this District.

## Factual Background

15.     Design Basics is a building design firm engaged in the business of creating, marketing, publishing, and licensing the use of "architectural works" (as that term is defined in the Copyright Act and the Architectural Works Copyright Protection Act of 1990 ("AWCPA")) and technical drawings depicting architectural works. The firm owns copyrights protecting the architectural works and technical drawings it has created.

16.     Design Basics is the author and the owner of all copyrights in the following designs: Plan No. 3076 – Sayler; Plan No. 3123 – Bethany; Plan No. 1032 – Monte Vista; and Plan No. 1330 - Trenton.

17.     Design Basics registered the following architectural works copyrights with the United States Copyright Office:

| Title | Certificate of Registration |
|---|---|
| Plan No. 3076 - Sayler | VA 624-130[1] |
| Plan No. 3123 - Bethany | VA 622-000[2] |

18.     Design Basics registered the following technical drawings copyrights with the United States Copyright Office:

| Title | Certificate of Registration |
|---|---|
| Plan No. 1032 – Monte Vista | VA 282-203[3] |
| Plan No. 1330 - Trenton | VA 314-016[4] |

---

[1] *See* Exhibit A, Certificate of Copyright Registration for Plan No. 3076 - Sayler
[2] *See* Exhibit B, Certificate of Copyright Registration for Plan No. 3123 - Bethany
[3] *See* Exhibit C, Certificate of Copyright Registration for Plan No. 1032 – Monte Vista
[4] *See* Exhibit D, Certificate of Copyright Registration for Plan No. 1330 - Trenton

| Plan No. 3076 - Sayler | VA 624-129[5] |
|---|---|
| Plan No. 3123 - Bethany | VA 621-999[6] |

19.     The foregoing works described in paragraphs 16-18 above will be referred to collectively as the "Copyrighted Works."

20.     For many years, the Copyrighted Works have been widely published nationwide, including in this District, in numerous Design Basics' plan books and publications. Additionally, each of the Copyrighted Works has been published in various online publications, including www.designbasics.com.

21.     Each of the Copyrighted Works constitutes original material that is copyrightable under federal law.

22.     Design Basics is currently, and at all relevant times has been, the sole owner of all right, title, and interest in and to the Copyrighted Works.

23.     Defendants are engaged, at least in part, in the business of creating, publishing, distributing, and advertising residential home designs through traditional print media, on the internet on sites such as www.woodsedgebuilders.com, and in marketing, advertising, constructing, and selling homes built according to such designs.

24.     Defendants published, distributed, marketed, and advertised certain architectural designs for residential homes, each consisting of a floor plan and exterior elevations that Defendants have identified and marketed under the following model names:

- Salem
- Bethany
- Creswell
- Kensington
- Aspen

[5] *See* Exhibit E, Certificate of Copyright Registration for Plan No. 3076 - Sayler
[6] *See* Exhibit F, Certificate of Copyright Registration for Plan No. 3123- Bethany

- Wellington

25.    Defendants were actually aware of Design Basics and the works that Design Basics markets.  Defendants purchased numerous home plan books from Design Basics that featured the Copyrighted Works.  Defendants received additional home plan publications from Plaintiff through Design Basics' customary business practices to distribute periodic publications to its customer mailing lists.  Defendants also licensed nine Design Basics' designs (not at issue).

26.    Defendants violated and continue to violate Plaintiff's exclusive rights in each of the Copyrighted Works (including the right to reproduce, the right to prepare derivative works, and the right to sell) by copying, publishing, distributing, advertising, marketing, selling, or constructing in the marketplace plans, drawings, and houses that were copied or otherwise derived from the Copyrighted Works, including, but not limited to:

a.    Defendants' plan, Salem (and any predecessors, copies, or derivatives of this model) infringes on Design Basics Plan No. #3076 – Sayler (and any derivatives thereof).

b.    Defendants' plans, Bethany and Creswell (and any predecessors, copies, or derivatives of this model) infringe on Design Basics Plan No. #3123 – Bethany (and any derivative thereof).

c.    Defendants' plan, Kensington (and any predecessors, copies, or derivatives of this model) infringes on Design Basics Plan No. #1032 – Monte Vista (and any derivative thereof).

d.    Defendants' plans, Aspen and Wellington (and any predecessors, copies, or derivatives of this model) infringe on Design Basics Plan No. #1330 – Trenton (and any derivatives thereof).

### Count I: Copyright Infringement

27.    Plaintiff complains of Defendants for copyright infringement, and incorporates paragraphs 1 through 26 above by reference.

28.     Defendants' construction and sale of homes and creation of associated design and construction drawings based on Plaintiff's Copyrighted Works has infringed and continues to infringe Plaintiff's copyrights in the Copyrighted Works.

29.     Defendants' creation and publication of non-pictorial representations based on Plaintiff's Copyrighted Works have infringed and are infringing Plaintiff's copyrights in the Copyrighted Works.

30.     On information and belief, William E. Murry has the right and ability to supervise the activities of Wood's Edge Builders, Inc., Murry Development Corporation, Murry Communities, Ltd., WM Murry & Son Inc., W. M. P. Ltd. and Murry Management Co., and he has a direct financial interest in each such entity. Therefore, William E. Murry is vicariously liable for the infringement of Design Basics' Copyrighted Works.

31.     On information and belief, Robert B. Sherman has the right and ability to supervise the activities of Wood's Edge Builders, Inc. and Sher-Wal., Inc., and he has a direct financial interest in both entities. Therefore, Robert B. Sherman is vicariously liable for the infringement of Design Basics' Copyrighted Works.

32.     On information and belief, Charles H. Walton has the right and ability to supervise the activities of Wood's Edge Builders, Inc. and Sher-Wal., Inc., and he has a direct financial interest in both entities. Therefore, Charles H. Walton is vicariously liable for the infringement of Design Basics' Copyrighted Works.

33.     Plaintiff is entitled to recover the actual damages it suffered as a result of the foregoing infringement and all of Defendants' profits from such infringement under 17 U.S.C. § 504(b).

34.    In the alternative to the actual damages and infringer profits sought above, Plaintiff is entitled to an award of statutory damages for all infringements of Plaintiff's Copyrighted Works under 17 U.S.C. § 504(c).

35.    Under 17 U.S.C. § 505, Defendants are liable for Plaintiff's costs and reasonable attorneys' fees incurred in this action.

36.    Additionally, under 17 U.S.C. § 502, Plaintiff is entitled to preliminary and permanent injunctions prohibiting Defendants from further infringing on its copyrights, including but not limited to the further use of infringing plans; creation or use of derivative plans; and construction, sale, or rental of infringing structures.

37.    Furthermore, this Court should issue an order under 17 U.S.C. § 503 directing the United States Marshal's Service to (a) impound all copies of the Copyrighted Works in possession of Defendants or their respective agents or contractors in violation of Plaintiff's exclusive rights, and (b) upon final hearing of this case, destroy or otherwise dispose of those copies.

## Jury Demand

38.    Pursuant to Federal Rule of Civil Procedure 38, Plaintiff respectfully demands trial by jury of all issues so triable.

## Prayer

WHEREFORE, Plaintiff prays that Defendants, Wood's Edge Builders, Inc., Sher-Wal., Inc., W. M. P. Ltd., The Murry Companies / Sher-wal, Inc. Joint Venture, Murry Communities, Ltd. formerly known as The Murry Companies, Murry Development Corporation, WM Murry & Son Inc., Murry Management Co., William E. Murry, Robert B. Sherman, and Charles H. Walton, be cited to appear and answer, and that upon final trial it have and recover from

Defendants as set forth above, that it have permanent injunctive relief against Defendants as requested herein, and that it have such and other relief as it may show itself to be entitled.

Dated: February 13, 2017

Respectfully submitted,

Paul J. Kennedy (Pa. I.D. No. 39291)
Jay A. Dubow (Pa. I.D. No. 41741)
Noah S. Robbins (Pa. I.D. No. 206803)
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Tel.:    215-981-4000
Email:  kennedyp@pepperlaw.com
            dubowj@pepperlaw.com
            robbinsn@pepperlaw.com

Rick L. Lambert (Texas Bar No. 11844725)
Kelly D. Utsinger (Texas Bar No. 20416500)
Jennie C. Knapp (Texas Bar No. 24069350)
Underwood Law Firm P.C.
500 S. Taylor, Suite 1200 LB 233
Amarillo, TX 79105
Tel:    806-379-5613
Email:  rick.lambert@uwlaw.com
            kelly.utsinger@uwlaw.com
            jennie.knapp@uwlaw.com
*Pro hac motions to be filed*

*ATTORNEYS FOR DESIGN BASICS, LLC*

# EXHIBIT A

# CERTIFICATE OF REGISTRATION

# FORM VA



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**ACTING REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL




VA 624 – 130

| VA | | VAU |
|---|---|---|

**EFFECTIVE DATE OF REGISTRATION**

**JAN 1 3 1994**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Plan No. - 3076 Sayler - Not Yet
Completed

**NATURE OF THIS WORK ▼** See instructions

Architectural Work

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Design Basics, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ U.S.A. _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☒ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼



Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1993 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.

Month ▶ December  Day▶ 1  Year▶ 1993
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Design Basics, Inc.
11112 John Galt Blvd.
Omaha, NE  68137-2384

See instructions before completing this space.

**APPLICATION RECEIVED**
JAN 13 1994
**ONE DEPOSIT RECEIVED**
JAN 13 1994
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8

**EXHIBIT**

A

DO NOT WRITE HERE

Page 1 of ____ pages

MAR 2 2 1994

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼ **Newly Registered** **Year of Registration** ▼ **1993** **Previous registration was for blueprint**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Design Basics, Inc.
11112 John Galt Blvd.
Omaha, NE 68137-2384

Be sure to give your daytime phone ◀ number

Area Code and Telephone Number ▶ (402) 331-9223

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _Design Basics, Inc._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Dennis Brozak date▶ December 2, 1993

☞ Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | Name ▼ Design Basics, Inc. |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 11112 John Galt Blvd. |
| | City/State/ZIP ▼ Omaha, NE 68137-2384 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
February 1993—100,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,501

# EXHIBIT B

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**ACTING REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VA    **622 000** ✓

VA    VAU

**EFFECTIVE DATE OF REGISTRATION**

10 / 07 / 93 ✓

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   TITLE OF THIS WORK ▼

Plan No. 3123 - Bethany - Not Yet Constructed

NATURE OF THIS WORK ▼ See instructions

Architectural Work

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**   **a**   NAME OF AUTHOR ▼

Design Basics, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work
☐ Design on sheetlike material

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**   **a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 21   Year ▶ 1993
U.S.A. ◀ Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Design Basics, Inc.
11112 John Galt Blvd.
Omaha, NE 68137-2384

APPLICATION RECEIVED
OCT. 07. 1993   DEC. 27. 1993
ONE DEPOSIT RECEIVED
OCT. 07. 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
  • See detailed instructions.   • Sign the form at line 8.

EXHIBIT

**B**

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ☑

CHECKED BY ✓

☒ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

MAR 21 1994
VA

622 000

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Newly Registered    Year of Registration ▼ 1993    Previous registration was for blueprint

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Design Basics, Inc.
11112 John Galt Blvd.
Omaha, NE   68137-2384

Be sure to give your daytime phone number

Area Code and Telephone Number ▶ (402) 331-9223

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Design Basics, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Dennis Brozak                                                    date ▶ Sept. 27, 1993

☞ Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Name ▼
Design Basics, Inc.
Number/Street/Apartment Number ▼
11112 John Galt Blvd.
City/State/ZIP ▼
Omaha, NE   68137-2384

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—100,000                                                    ☉U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,501

# EXHIBIT C

# CERTIFICATE OF COPYRIGHT REGISTRATION



**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

VA 282 203 ✓

VA    VAU

**EFFECTIVE DATE OF REGISTRATION**

OCT 01 1987 ✓

Month        Day        Year

REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Plan Number 1032 - Monte Vista

**NATURE OF THIS WORK ▼** See Instructions

Blueprints

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Design Basics, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1987 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 8   Day ▶ 27   Year ▶ 87
U.S.A. ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Design Basics, Inc.
417 Hillcrest Landing
Ralston, NE  68127

**APPLICATION RECEIVED**
OCT 01 1987
**ONE DEPOSIT RECEIVED**
OCT 01 1987
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**EXHIBIT**

**C**

**DO NOT WRITE HERE**
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FORM VA

VA   282 203

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**      **Account Number ▼**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Design Basics, Inc.
417 Hillcrest Landing
Ralston, NE  68127

Area Code & Telephone Number ▶  (402) 331-9223

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Design Basics, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Dennis Brozak                                    date ▶  September 24, 1987

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Design Basics, Inc.
Number/Street/Apartment Number ▼
417 Hillcrest Landing
City/State/ZIP ▼
Ralston, NE  68127

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1985: 461-584/20,002

June 1985—100,000

# EXHIBIT D

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM VA
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

VA      314 016 ✓

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

AUG 18 1988 ✓

Month        Day        Year

*(signature)*

REGISTER OF COPYRIGHTS
OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

Plan Number 1330 - Trenton

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Blueprints

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼         Number ▼         Issue Date ▼         On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼

Design Basics, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼            Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼            Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼            Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1988   ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 8   Day ▶ 10   Year ▶ 88   ◄ Nation
U.S.A.

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Design Basics, Inc.
417 Hillcrest Landing
Ralston, NE  68127

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
AUG 18 1988
ONE DEPOSIT RECEIVED
AUG 18 1988
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.        • Sign the form at line 8.

EXHIBIT

D

DO NOT WRITE HERE

Page 1 of ___ pages

VA   314 016

EXAMINED BY
CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                                      **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Design Basics, Inc.
417 Hillcrest Landing
Ralston, NE  68127

Area Code & Telephone Number ▶  (402) 331-9223

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Design Basics, Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Dennis Brozak                                                date ▶ August 15, 1988

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼

Design Basics, Inc.

Number/Street/Apartment Number ▼

417 Hillcrest Landing

City/State/ZIP ▼

Ralston, NE  68127

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
• Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT E

# CERTIFICATE **OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE · SESS

THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**ACTING REGISTER OF COPYRIGHTS**
*United States of America*

# FORM VA

**VA 624-129**

VA ☐ VAU ☐

**EFFECTIVE DATE OF REGISTRATION**

**JAN 1 3 1994**

Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Plan No. - 3076 Sayler

**NATURE OF THIS WORK ▼ See instructions**

Blueprints

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

### a

**NAME OF AUTHOR ▼**

Design Basics, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☒ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work

### b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

### a
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

### b
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December  Day ▶ 1  Year ▶ 1993
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Design Basics, Inc.
11112 John Galt Blvd.
Omaha, NE  68137-2384

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** JAN. 13 1994
**ONE DEPOSIT RECEIVED** JAN. 13 1994
**TWO DEPOSITS RECEIVED**
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**EXHIBIT**

**E**

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

**FORM VA**

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Design Basics, Inc.
11112 John Galt Blvd.
Omaha, NE  68137-2384

Area Code and Telephone Number ▶  (402) 331-9223

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___Design Basics, Inc.___
                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Dennis Brozak                                               date▶ December 2, 1993

Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Design Basics, Inc.

Number/Street/Apartment Number ▼
11112 John Galt Blvd.

City/State/ZIP ▼
Omaha, NE  68137-2384

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
* with the application, shall be fined not more than $2,500.

February 1993—100 000                                        ☆U.S. GOVERNMENT PRINTING OFFICE 1993-342-581/60,501

# EXHIBIT F

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**ACTING REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA   **621 999** ✓

| VA | VAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

**10 / 07 / 93** ✓

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

Plan No. 3123 - Bethany

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Blueprints

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Design Basics, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1993
◀ Year In all cases.
This information must be given

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 21   Year ▶ 1993
U.S.A.                                    ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Design Basics, Inc.
11112 John Galt Blvd.
Omaha, NE  68137-2384

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
OCT 07 1993
ONE DEPOSIT RECEIVED
OCT. 07. 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

EXHIBIT
**F**

DO NOT WRITE HERE
Page 1 of ___ pages

REGISTERED

MAR 21 1994

VA

**621 999**

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Design Basics, Inc.
11112 John Galt Blvd.
Omaha, NE  68137-2384

Area Code and Telephone Number ▶ (402) 331-9223

Be sure to give your daytime phone ◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Design Basics, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Dennis Brozak                                        date▶ September 27, 1993

Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Design Basics, Inc.
Number/Street/Apartment Number ▼
11112 John Galt Blvd.
City/State/ZIP ▼
Omaha, NE  68137-2384

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—100,000                                        ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,501